UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT B. RELYEA

    Plaintiff,

V.

PORTFOLIO RECOVERY
SERVICES, LLC

    Defendant

2008 FEB -1 A 11: 21

CIVIL ACTION NO. **AWT**
**308CV178**

JANUARY 10, 2008

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. 3 1692; the Connecticut Creditor Collection Practices Act, Conn. Gen. Stat. 3 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. 3 36a-800 and regulations issued thereunder; and the Connecticut Unfair Trade Practices ("CUTPA"), Conn. Gen. Stat. 3 42-1 10a.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in CT.

4. Plaintiff is a consumer within the FDCPA.

5. On July 27, 2007 an attorney sent Defendant a letter of representation for Plaintiff.

6. On or about October 23, 2007 Defendant again sent letters to Plaintiff demanding payment.

7. According to Defendant's letters, Defendant purchased this account to collect on September 26, 2007.

8. Defendant violated C.G.S.A.§ 36A 805b and C.G.S.A. § 36a-801 (a) which states that "No person shall act within this state as a consumer collection agency without a consumer collection

agency license." The Defendant is not a registered Consumer Collection Agency in the State of Connecticut.

9. Defendant violated C.G.S.A. § 36a-805 which states that no consumer collection agency shall "...purchase or receive assignments of claims for the purpose of collection or institute suit thereon in any court"; or engage in any activities prohibited by sections 36a-800 to 36a-810, inclusive. Defendant purchased this debt in an attempt to collect.

10. Defendant violated 15 U.S.C. §§ 1692e by misrepresenting that Defendant is able to collect debts in the State of Connecticut.

11. Defendant violated 15 U.S.C. §§ 1692f by attempting to collect accruing interest and fees on a purchased debt.

12. Defendant violated 15 U.S.C. §§ 1692e in misrepresenting the amount owed by Plaintiff. Plaintiff's account balance at purchase was $5222.68. Defendant's collection correspondence is demanding a payment of $8,496.64.

13. Defendant violated 15 U.S.C. §§ 1692n by violating state laws C.G.S.A. § 36a-805 and C.G.S.A. § 36a-801.

14. Defendant violated 15 U.S.C.§§ 1692c by contacting Plaintiff after having knowledge that Plaintiff was represented by an attorney.

15. In the collection efforts, Defendant violated the FDCPA, *inter alia, section* 1692c, -e, -f and –n.

**Second Count.**

16. The allegations of the First Count are repeated and realleged as if fully set forth herein.

17. Within three years prior to the date of this action Defendant has engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act,

336a-645 *et seq.*, or the Consumer Collection Agency Act, section 36a-800 *et seq.* Conn. Gen. Stat.

18. Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. 42-110a *et seq.*

WHEREFORE Plaintiff respectfully requests this Court to:

1. Award Plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication against the Defendant;

2. Award The Plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

THE PLAINTIFF

BY /s/ Max L. Rosenberg

Max L. Rosenberg
Thornberry & Rosenberg, LLC
3333 Main Street
Stratford, CT 06614
Tel (203)380-8189
Fax (203)380-8191
Fed. Juris No. ct 26742